FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW GABRIEL VALDEZ,<br>　　　　　　Defendant. | Case No.: 2:25-MJ-00140-JAG<br><br>Order Granting United States' Motion to Dismiss Sealed Criminal Complaint Pursuant to Fed. R. Crim. P. 48(a) and Quash Arrest Warrant.<br><br>**MOTION GRANTED**<br>(ECF NO. 8) |

　　A hearing was held to address the United States' Motion to Dismiss Sealed Criminal Complaint and Quash Arrest Warrant, pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 8. Assistant United States Attorney Frieda Zimmerman represented the government. Upon review of the motion and oral argument, it is hereby ORDERED:

　　1.　All counts of the Sealed Criminal Complaint in the above captioned matter are hereby **DISMISSED WITHOUT PREJUDICE**.

　　2.　Any warrant previously issued for the arrest of Matthew Gabriel Valdez in this matter is hereby **QUASHED**.

　　**IT IS SO ORDERED.**

　　DATED this ___12th___ day of June, 2025.

_____
James A. Goeke
United States Magistrate Judge

Order of Dismissal Without Prejudice – 1